**2009–1123.   Great Lakes Property Mgt., Ltd. v. Am. Family Ins. Co.**
Cuyahoga App. No. 91887, 2009-Ohio-2041.
   O'DONNELL, LANZINGER, and CUPP, JJ., dissent.

**2009–1125.   State v. McGlown.**
Lucas App. No. L–07–1163, 2009-Ohio-2160.

**2009–1126.   State v. Davidson.**
Cuyahoga App. No. 91224, 2009-Ohio-2125.

**2009–1128.   Maghie & Savage, Inc. v. P.J. Dick, Inc.**
Franklin App. No. 08AP–487, 2009-Ohio-2164.

**2009–1138.   Beatley v. Beatley.**
Delaware App. No. 08–CA–0028, 2009-Ohio-2168.

**2009–1140.   State v. Herron.**
Cuyahoga App. No. 91362, 2009-Ohio-2128.

**2009–1141.   Render v. Forest Park Police Dept.**
Hamilton App. No. C–080371.

**2009–1143.   State v. Washington.**
Hamilton App. Nos. C–090304 and C–090288.

**2009–1152.   State v. Scanlon.**
Auglaize App. No. 2–08–18, 2009-Ohio-2305.

**2009–1153.   1st Natl. Bank v. Mountain Agency, L.L.C.**
Clermont App. No. CA2008–05–056, 2009-Ohio-2202.

**2009–1155.   Karnofel v. State.**
Mahoning App. No. 08 MA 120, 2009-Ohio-1016.

**2009–1156.   State v. Morris.**
Franklin App. No. 05AP–1139, 2009-Ohio-2396.

**2009–1157.   Cleveland v. Alex Solomon Family Ltd. Partnership.**
Cuyahoga App. No. 90488, 2009-Ohio-2025.

**2009–1158.   Progressive Plastics, Inc. v. Levin.**
Cuyahoga App. No. 91614, 2009-Ohio-2033.
   PFEIFER and O'DONNELL, JJ., dissent.

**2009–1159.   State v. Fanaro.**
Licking App. No. 06 CA 00168. Discretionary appeal not accepted. Motion to consolidate denied as moot.

**2009–1160.   State v. Fanaro.**
Licking App. No. 06 CA 00168. Discretionary appeal not accepted. Motion to consolidate denied as moot.

**2009–1169.   Beatley v. Knisley.**
Franklin App. No. 08AP–696, 2009-Ohio-2229.
   MOYER, C.J., dissents.

**2009–1181.   Perkins v. Scottish Rite Valley of Cincinnati Trustees.**
Hamilton App. No. C–080809.

**2009–1183.   State v. Fisher.**
Hamilton App. No. C–080497, 2009-Ohio-2258.

**2009–1185.   Toney v. Norwood.**
Hamilton App. No. C–080643.
   O'DONNELL, J., dissents.